**STATE of Missouri, Respondent,**

v.

**Joe LITTLE, Appellant.**

**No. WD 48746.**

Missouri Court of Appeals, Western District.

July 26, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and BRECKENRIDGE and SPINDEN, JJ.

***ORDER***

PER CURIAM:

Appeal from conviction of the class C felony of possession of controlled substance in or about premises of correctional institution,

§ 217.360, RSMo Cum.Supp.1993, and from sentence of three years' imprisonment.

Judgment affirmed. Rule 30.25(b).

**STATE FARM MUTUAL, AUTOMOBILE INSURANCE, Respondent,**

v.

**Richard HENSLEY, et al., Appellant,**

**Ronald Garwood, Defendant.**

**No. WD 48632.**

Missouri Court of Appeals, Western District.

July 26, 1994.

Grant Davis, Kansas City, for appellants.

Daniel Hamann, Kansas City, for respondent.

Kendall Garten, Blue Springs, for defendant.

Before HANNA, P.J., and FENNER and SMART, JJ.

*ORDER*

*PER CURIAM.*

Appeal from a declaratory judgment holding no insurance coverage under the respondent's insurance policy.

Judgment affirmed. Rule 84.16(b).